UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOSEPH MICHAEL DEVON ENGEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:20-CV-1911 AGF |
| ) | |
| MERCY HOSPITAL FESTUS, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion to proceed in forma pauperis on appeal. When the Court dismissed this action on January 8, 2021, the Court stated that an appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Further, plaintiff has engaged in the practice of repeatedly filing meritless lawsuits in this Court. At this time, he has filed over one-hundred (100) lawsuits in this Court, which is an abuse of the judicial process. As of this date, over twenty (20) of his lawsuits have been dismissed as frivolous, malicious and/or for failure to state a claim.[1] *See* 28 U.S.C. § 1915. Plaintiff's motion to proceed in forma pauperis on appeal will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis on appeal [Doc. #6] is **DENIED**.

---

[1] *See, e.g., Engel v. Governor of Missouri*, No. 1:20-cv-217 HEA (E.D.Mo); *Engel v. Jefferson County Sheriff's Dept.*, No. 4:20-cv-1226 MTS (E.D.Mo); *Engel v. Missouri Courts*; No. 4:20-cv-1258 SPM (E.D.Mo); *Engel v. St. Louis Sheriff's Dept.*, No. 4:20-cv-1639 NCC (E.D.Mo); *Engel v. MODOC*, No. 4:20-cv-1668 RWS (E.D.Mo); *Engel v. Missouri Dept. of Corr.*, 4:20-cv-1430 AGF (E.D.Mo); *Engel v. Corizon*, No. 4:20-cv-1695 NAB (E.D.Mo); *Engel v. ERDCC*, No. 4:20-cv-1739 JMB (E.D.Mo); *Engel v. Probation & Parole*, No. 4:20-cv-1740 DDN (E.D.Mo); *Engel v. United States of America*, No. 4:20-cv-1742 MTS (E.D.Mo); *Engel v. ERDCC*, No. 4:20-cv-1810 CDP (E.D.Mo); *Engel v. Corizon*, No. 4:20-cv-1812 NAB (E.D.Mo).

**IT IS FURTHER ORDERED** that within thirty (30) days from the date of this Order, plaintiff shall pay to this Court the full $505.00 filing fee for filing an appeal. Plaintiff is instructed to make his remittance payable to "Clerk, United States District Court," and to include upon it: (1) his name; (2) his prison identification number; (3) the case number; and (4) that the remittance is for the appeal of the instant action.

**IT IS FURTHER ORDERED** that plaintiff shall file any future documents or pleadings in connection with his appeal directly with the United States Court of Appeals for the Eighth Circuit.

Dated this 27th day of January, 2021.

                                                                   *Audrey G. Fleissig*
                                                                   AUDREY G. FLEISSIG
                                                                   UNITED STATES DISTRICT JUDGE