# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JOSEPH MICHAEL DEVON ENGEL, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:20-CV-1911 AGF |
| MERCY HOSPITAL FESTUS, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's second request to proceed in forma pauperis on appeal. When the Court dismissed this action on January 8, 2021, the Court stated that an appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Further, plaintiff has engaged in the practice of repeatedly filing meritless lawsuits in this Court. At this time, he has filed over one-hundred (100) meritless lawsuits in this Court, which is an abuse of the judicial process. Plaintiff's motion to proceed in forma pauperis on appeal will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed in forma pauperis on appeal [ECF No. 15] is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff shall not file any additional motions in this closed action.

Dated this 8th day of April, 2021.

AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE